No. 794. CHARLES NICKELL, PETITIONER, *v.* THE UNITED STATES. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit

denied. *Mr. Thomas O'Day* and *Mr. Martin L. Pipes* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.